IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Annette J. Gimm,

                      Plaintiff,

       v.

Commissioner, Social Security
Administration,

                      Defendant.

Civil No. CV 05-854 BR

**ORDER**

    Based on Stipulation of the parties,

    **IT IS ORDERED** that EAJA fees in the amount of $3,680.00 is awarded to plaintiff and her attorneys.

    Dated this 11th day of May, 2006.

                                                   /s/ Anna J. Brown
                                                   Anna J. Brown
                                                   United States District Judge

ORDER