FILED'08 MAR 20 10:52 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ANNETTE J. GIMM,

        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

        Defendant.

Civil No. 05-854-BR

ORDER AUTHORIZING
406(b) FEES

Pursuant to 42 U.S.C. 406(b), reasonable attorney fees in the amount of **$19,114.00** are hereby awarded to plaintiff's attorney, Richard A. Sly. Previously, this court awarded Mr. Sly **$3,6780.00** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d). When issuing the 4006(b) check, therefore, the agency is directed to subtract the amount previously awarded under the EAJA and to send to Mr. Sly the balance of **$15,434.00**. Any withheld amount then remaining should be released to plaintiff by defendant as soon as practicable.

IT IS SO ORDERED this 20th day of March, 2008.

*[signature]*
Anna J. Brown
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff